UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Case No.: 08-00057 (5) (TNM) |
| v. | ) ) | |
| JAIME GONZALEZ DURAN, Defendant. | ) ) ) ) | |

NOTICE OF APPEAL

COMES NOW DEFENDANT, Jaime Gonzalez Duran, by and through undersigned counsel, and respectfully appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment and sentence imposed and entered in this action on June 20, 2025.

Name and address of appellant:　　Jaime Gonzalez Duran

　　　　　　　　　　　　　　　　Currently Detained:
　　　　　　　　　　　　　　　　　　District of Columbia Central
　　　　　　　　　　　　　　　　　　Detention Facility
　　　　　　　　　　　　　　　　　　1901 D Street, SE
　　　　　　　　　　　　　　　　　　Washington, D.C. 20003


Name and address of appellant's attorney:

　　　　　　　　　　　　　　　　Manuel J. Retureta, Esq.
　　　　　　　　　　　　　　　　Retureta & Wassem, P.L.L.C.
　　　　　　　　　　　　　　　　300 New Jersey Avenue, NW, Suite 300
　　　　　　　　　　　　　　　　Washington, D.C. 20001

Offense(s) & Sentence Imposed:

Offense: (Count 1) Conspiracy to manufacture and distribute cocaine and marijuana, intending and knowing that the cocaine and marijuana would be unlawfully imported into the United States. 21 U.S.C. §§ 959(a), 960, and 963.

Sentence Imposed: 420 months of incarceration.

Filed this 2nd day of July 2025.

                              Respectfully submitted,

                              RETURETA & WASSEM, P.L.L.C.

By:_____
    Manuel J. Retureta, Esq.
    District of Columbia Bar #430006
    Counsel for Appellant
        Jaime Gonzalez Duran
    300 New Jersey Avenue, NW, Suite 300
    Washington, D.C. 20001
    202.450.6119
    MJR@RETURETAWASSEM.COM


ADDENDUM

- PAID USDC FEE

- DISTRICT COURT COUNSEL DOES WISH TO APPEAR ON APPEAL.

- COUNSEL HAS NOT ORDERED TRANSCRIPTS

- APPEAL IS PURSUANT TO 1984 SENTENCING REFORM ACT.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing filing was served upon counsel for all parties via electronic mail on this 2nd day of July 2025.

By:_____
Manuel J. Retureta, Esq.